UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ALYCIA MCGOWAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:09CV00740 ERW |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge David D. Noce [doc. #39] pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections to the Report and Recommendation were filed within the time period afforded by § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation in its entirety. The Social Security Commissioner's decision is reversed, and the matter is remanded to the Commissioner for further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that under Sentence Four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Alycia McGowan's application for supplemental security income is **REVERSED**, and the case is **REMANDED** to the Commissioner for further proceedings consistent with this Memorandum and Order and the

Report and Recommendation of Magistrate Judge David D. Noce.

Dated this 3rd Day of March, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE